# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HALL,<br><br>                              Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>                             Defendant. | CASE NO. 17-cv-2258-LAB (JMA)<br><br>**ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS** |

James Hall filed a motion to proceed in forma pauperis to appeal the Commissioner's decision denying him disability benefits. Courts may authorize litigants to proceed without paying when they make a showing that they can't afford the filing fee. 28 U.S.C. § 1915. Hall states that he and his wife receive about $4,000 a month in benefits with around $2,700 in expenses. While Hall hasn't shown that paying the filing fee would prevent him from providing his family "with the necessities of life," the Court recognizes that he has no income or assets, and little money in the bank. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). The Court orders Hall to pay $200 (half the filing fee) to the Clerk by December 15 if he wants to proceed. Once the fee is paid, the Court will issue a separate order directing the Clerk to issue a summons and direct service. If Hall fails to pay, the Court will deny the motion.

      **IT IS SO ORDERED**.

Dated: December 6, 2017

                                                                         **HONORABLE LARRY ALAN BURNS**
                                                                         United States District Judge