# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JAMES HALL, | CASE NO. 17-cv-2258-LAB (JMA) |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER OF DISMISSAL [Dkt. 26]** |
| vs. | |
| NANCY A. BERRYHILL, | |
| Defendant. | |

This social security appeal was referred to Magistrate Judge Robert N. Block for a report and recommendation ("R & R"). Judge Block's R & R on the cross motions for summary judgment recommends that Plaintiff James Hall's motion be denied and the Defendant Commissioner of Social Security's motion be granted. Dkt. 26. Objections to the R & R were due on November 28, 2018. No objections were filed. The Court has reviewed the R & R and agrees with its rationale and conclusions. Plaintiff's motion for summary judgment is **DENIED**, (Dkt. 19), and Defendant's motion for summary judgment is **GRANTED**. Dkt 21.

**IT IS SO ORDERED**.

Dated: November 29, 2018

**HONORABLE LARRY ALAN BURNS**
United States District Judge